| | | | |
|---|---|---|---|
| Case No. | LA 17-cv-06376 VAP (PLAx) | Date | 11/6/2017 |

Title *Alicia Peak, et al v. Progressive Select Insurance Company, et al*

Present: The Honorable  VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Myra L. Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael E. Schwimer | Patrick M. Howe |

**Proceedings:** DEFENDANT'S MOTION TO DISMISS THIRD CAUSE OF ACTION; [DOC NO. 8]
PLAINTIFF'S MOTION TO REMAND; [DOC NO. 14]

Matter called. Counsel make their appearances. Court issues a tentative ruling, hears oral argument and takes the matter under submission.

**IT IS SO ORDERED.**